UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAOLA BALLESTER,

            Plaintiff,

v.

APPLE INC.,

            Defendant.

Case No.: 8:26-cv-01956-JLB-SPF

## MOTION FOR SPECIAL ADMISSION

David R. Singh, Esquire, moves for special admission to represent Apple Inc. in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of the Courts in the following jurisdictions: New York State, California State, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Tenth Circuit.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have appeared in the following cases in state or federal court in Florida in the last thirty-six months: *Denise Brinkley v. Philo, Inc.*, Case No. 3:23-cv-01207-TJC-PDB, closed in the Middle District of Florida, Jacksonville Division; *McKenzie Evans & Denise Brinkley v. BET Streaming, LLC*, Case No. 6:23-cv-01978, closed in the Middle District of Florida, Orlando Division; and *Amandeep Gyani v. Lululemon USA Inc.*, Case No. 1:24-cv-22651-BB, closed in the Southern District of Florida, Miami Division.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court
> of the United States or any Territory thereof who so multiplies the

**MOTION FOR SPECIAL ADMISSION**                                        1

proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Respectfully submitted on this 17th day of July 2026.

*/s/ David R. Singh*
DAVID R. SINGH
David.Singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3000

*Counsel for Defendant Apple Inc.*

**MOTION FOR SPECIAL ADMISSION**                                                 2

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

Counsel for Apple has conferred with the opposing party and represents that the opposing party does not object to my special admission.

<u>/s/ David R. Singh</u>
David R. Singh
*Pro Hac Vice pending*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

I hereby further certify that a copy of the above has been sent via electronic mail to the following:

GILLIAN L. WADE
gwade@waykayslay.com
SARA D. AVILA
sara@waykayslay.com
COLLINS KILGORE
ckilgore@waykayslay.com
MARC A. CASTANEDA
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Paola Ballester*

*/s/ Brian G. Liegel*
Brian G. Liegel
Florida Bar No. 0119269

**MOTION FOR SPECIAL ADMISSION**                                      **4**